IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re:<br>JEVIC HOLDING CORP., et al.,<br><br>Debtors. | )<br>)<br>)<br>)<br>)<br>)<br>) | Chapter 11<br>Bk. No. 08-11006 (BLS) |
| CASIMIR CZYZEWSKI, et al.,<br><br>Appellants,<br><br>v.<br><br>SUN CAPITAL PARTNERS, INC.,<br><br>Appellee. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civ. No. 13-1127-SLR |

**O R D E R**

At Wilmington this ___ day of August, 2013, having received a recommendation from Chief Magistrate Judge Mary Pat Thynge that this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court;

IT IS ORDERED that the recommendation is accepted and briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

1. Appellants' brief in support of the appeal is due on or before **September 26, 2013.**

2. Appellee's brief in opposition to the appeal is due on or before **October 28, 2013.**

3. Appellants' reply brief is due on or before **November 12, 2013.**

_____
United States District Judge